IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARVIN EUGENE GATES, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-562 |
| CHRISTOPHER L. NORSWORTHY | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Marvin Eugene Gates, Jr., a prisoner confined at the Stiles Unit at the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Christopher L. Norsworthy.

The action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

On July 13, 2023, Plaintiff moved to dismiss this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff is entitled to dismiss the action voluntarily prior to the service of an answer or motion for summary judgment by any adverse parties. Because the defendants have not served a responsive pleading, Plaintiff's motion to dismiss should be granted.

Recommendation

Plaintiff's motion to dismiss should be granted, and the action should be dismissed without prejudice.

<u>Objections</u>

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court, except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 18th day of July, 2023.

_____
Zack Hawthorn
United States Magistrate Judge